| | |
|---|---|
| REBECCA NICHOLSON | DOCKET NO.: 159898 DIV. D |
| VERSUS | 21TH JUDICIAL DISTRICT COURT |
| DOLGENCORP, L.L.C. and XYZ INSURANCE COMPANY | LIVINGSTON PARISH |
| | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Rebecca Nicholson, a person of full age of majority, domiciled in Livingston Parish, State of Louisiana, who respectfully avers as follows:

1.

Made Defendants herein are:

1. **DOLGENCORP, L.L.C.,** a foreign corporation authorized to do and doing business in the State of Louisiana; and

2. **XYZ INSURANCE COMPANY,** a foreign insurance corporation authorized to do and doing business in the State of Louisiana

for the following reasons, to wit:

2.

On or about July 19, 2017, Plaintiff, Rebecca Nicholson, was a customer and welcomed patron on the premises of 26713 Juban Road, Denham Springs, Louisiana 70726, which is a grocery store owned and/or operated by Dolgencorp, L.L.C.

3.

While inside said premises, a ratty rug – which was frayed, dilapidated, and/or old – caused Rebecca Nicholson to fall to the concrete floor, giving rise to personal injuries and damages.

4.

Furthermore, Defendants – which failed to exercise reasonable care – either created the unreasonable risk of harm, or had actual or constructive knowledge of its existence prior to the incident, which was reasonably foreseeable.

5.

The incident referred to above, and the resulting injuries and damages, were caused solely and proximately by the fault and negligence of Defendants, whose fault and negligence consisted of the following:

   A. In failing to use reasonable care to keep aisles, passageways, and floors in a clean and safe condition;

Exhibit "A"

B. In failing to use reasonable care to keep the premises free of hazardous conditions;

C. In failing to properly inspect the premises;

D. In failing to establish proper procedures for cleaning and inspection;

E. In allowing a dangerous condition to remain on the floor of the store creating an unreasonable and foreseeable risk and hazard of injury to Plaintiff;

F. In creating and/or having actual or constructive notice of the condition which caused Plaintiff's injury prior to its occurrence; and

G. Other acts of fault or negligence which will be proved at the trial of this matter

6.

Upon information and belief, and at all times pertinent to this lawsuit, Defendants – and/or an affiliate(s) thereof – owned, operated, and maintained the premises where the subject damages occurred, and had sole garde or control over said premises at all times pertinent to this lawsuit.

7.

Pursuant to La. R.S. 9:2800.6, Defendants owed a duty to Plaintiff to keep the aisles, passageways, and floors of the premises in a reasonably safe condition, the duty of which includes an obligation on the part of Defendants to keep the premises free of any hazardous conditions which might reasonably give rise to damages.

8.

Alternatively, Defendants are liable unto Plaintiff because their employees/agents/affiliates – acting within the course of scope of their employment with Defendants – acted in a negligent manner and failed to exercise reasonable care, thereby causing the trip and fall and resulting injuries to Plaintiff, which Defendants are obligated to repair pursuant to La. C.C. art. 2315.

9.

As a result of this incident and due to the fault and negligence of employee(s) of Defendants, Plaintiff, Rebecca Nicholson, has sustained serious personal injuries and damages, for which she is still undergoing medical treatment.

10.

As a result of the fault and negligence of employee(s) of Defendants, Plaintiff is entitled to recover the following past, present, and future damages for the injuries sustained in the aforementioned incident:

    A. Past, present, and future physical pain, suffering, and anguish;

    B. Past, present, and future mental anguish;

    C. Physical disability and/or impairment of functions and activities;

    D. Scarring and/or disfigurement;

    E. Loss of enjoyment of life; and

    F. Loss of consortium

11.

As a direct result of these injuries, Plaintiff, Rebecca Nicholson, has incurred and will in the future incur expenses which she is entitled to recover from Defendants, including medical expenses, drug/prescription medication, rehabilitation therapy, diagnostic procedures, travel, and other related and necessary expenses.

12.

Plaintiff alleges on information and belief that at the time of this incident, Defendant, Dolgencorp, L.L.C., was self-insured against the negligence alleged in this lawsuit, which insures to the benefit of Plaintiff as a source of compensation for the injuries sustained as a direct and proximate cause of the above-described incident.

13.

Plaintiff further alleges on information and belief that at the time of this incident, Defendant, Dolgencorp, L.L.C., was further insured by Defendant, XYZ Insurance Company, against the negligence alleged in this lawsuit, which inures to the benefit of Plaintiff as a source of compensation for the injuries sustained as a direct and proximate cause of the above-described incident.

WHEREFORE, Plaintiff, Rebecca Nicholson, prays that Defendant, Dolgencorp, L.L.C., be served with this petition, and after being duly cited to appear and answer same, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein

in favor of Plaintiff, Rebecca Nicholson, and against Defendants, for all general and equitable relief, in such amounts as are reasonable under the premises and fixed and awarded at trial, together with legal interest thereon from the date of judicial demand until paid, and for all costs of court, including expert witness fees and litigation costs.

Respectfully submitted:

**SPENCER CALAHAN INJURY LAWYERS**

_____
CHARLES L. TRICHELL, #36977
827 Saint Louis Street
Baton Rouge, Louisiana 70802
P 225-387-2323 | F 225-387-2324
chase@calahanlaw.com

21st JUDICIAL DISTRICT
PARISH OF LIVINGSTON, LA
A true copy of the original
this June 27, 2018
Deputy Clerk of Court

PLEASE SERVE:

DOLGENCORP, L.L.C.
*Through their agent for service:*
Corporation Service Company
8585 Archives Avenue
Baton Rouge, Louisiana 70809