UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REBECCA NICHOLSON<br>Plaintiff | CASE NO. 19-59 |
| VERSUS | JUDGE JWD |
| DOLGENCORP, L.L.C. and<br>XYZ INSURANCE COMPANY<br>Defendant | MAGISTRATE EWD |
| | A JURY IS DEMANDED |

## ORDER

Considering the foregoing Joint Motion to Remand:

**IT IS HEREBY ORDERED** that this matter be remanded to the 21st Judicial District Court for the Parish of Livingston, State of Louisiana.

Baton Rouge, Louisiana this 20 day of February, 2019.

_____
JUDGE

21st JDC Livingston Parish - Certified